Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 10 FEB 12 PM 2:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Patrick McNamara, An Individual

vs

Capital One Bank (USA), N.A.; NCO Financial Systems, Inc., corporations.

SUMMONS IN A CIVIL ACTION 
Case No.

'10 CV 0353 H  JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mark Ankcorn
Law Offices of Mark Ankcorn
525 B Street, Suite 1500
San Diego, California 92101-4417

An answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
C. EGUIA

By _____, Deputy Clerk

1 2 FEB 2010
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)